UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20079-CR-SEITZ

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOSE TAVERAS,

       Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND RESETTING TRIAL DATE

This matter came before the Court on April 25, 2008 for hearing on defense counsel's Motion to Withdraw [DE 26] and Motion to Continue Change of Plea Hearing [DE 27]. The Court having considered the Motions, heard representations of the parties, and being otherwise fully advised, it is

ORDERED as follows:

1. Mr. Defabio's Motion to Withdraw is GRANTED and he shall have no further responsibility in this matter, except to file a Motion for Appointment of Counsel if Defendant is unable to retain new counsel.

2. Defendant shall retain new counsel no later than **May 12, 2008**.

3. The Motion to Continue Change of Plea Hearing is GRANTED in that this matter will be placed on the two-week trial calendar beginning **June 23, 2008, at 10:00 a.m.** The Calendar Call is set for **June 18, 2008, at 1:15 p.m.**

4. The period from the last trial setting, **March 31, 2008**, to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant

to Title 18, U.S.C, §3161(h)(8)(A). This Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial

DONE AND ORDERED in Miami, Florida, this 25th day of April, 2008.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:0
Counsel of Record